UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CRIMINAL NO. |
| | : | |
| **ALFREDO MANUEL DE** | : | ORDER TO SEAL |
| **VENGOECHEA-MENDEZ** | : | |
|    **a.k.a. "El Patron"** | : | <u>FILED UNDER SEAL</u> |
|    **a.k.a. "Feyo"** | : | |
| | : | |
| **ALVARO ANTONIO** | : | |
| **PADILLA-MELENDEZ** | : | |
|    **a.k.a. "El Topo"** | : | |
| | : | |
| **MARLON GUERRERO-ROMAN** | : | |
| | : | |
| **JOSE RICARDO MARTINEZ-** | : | |
| **RUBIANO** | : | |
|    **a.k.a. "Marquitos"** | : | |
| | : | |
| **RAFAEL EDUARDO RUIZ-ALVEAR** | : | |
|    **a.k.a. "Rafael"** | : | |
| | : | |
| **LUIS ANTONIO VALENZUELA-** | : | |
| **SIERRA** | : | |
|    **a.k.a. "Lucho"** | : | |
|    **a.k.a. "Mi Tonto"** | : | |
| | : | |
| **EBLIN RAFAEL RAMIREZ-DIAZ** | : | |
|    **a.k.a. "Rafa"** | : | |
| | : | |
|    **Defendants.** | | |

## **O R D E R**

Upon consideration of the Government's Motion to Seal the Indictment, it is hereby

ORDERED, this _____ day of September, 2005, that the Motion to Seal, the

Indictment, and this Court's ORDER be sealed until further Order of this Court. It is further

ORDERED, that the Government may disclose the Indictment to persons necessary to

effect the arrest and/or extradition of the defendants.

_____
UNITED STATES DISTRICT COURT
MAGISTRATE JUDGE

DATE: _____

cc:    Patrick H. Hearn, Trial Attorney.
       Narcotic and Dangerous Drug Section
       U.S. Department of Justice
       1400 New York Avenue, NW, Suite 800
       Washington, D.C. 20530      202-305-7606