UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. : Criminal Action No.: 05-341 (RMU)
:
ALFREDO :
VENGOECHEA-MENDEZ, *et al.*, :
:
Defendants. :

**FILED**
**OCT 18 2006**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

It is this 19th day of October 2006,

**ORDERED** that the interim status hearing in the above-captioned case scheduled for November 2, 2006 at 10:00 am is hereby **VACATED** and **RESCHEDULED** for 11:30 am.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge