# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA *SEALED* v. ALFREDO MANUEL DE VENGOECHEA-MENDEZ, et. al. | DOCKET NO: 05-341 | MAGIS. NO: |
| | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED: Marlon Guerrero-Roman #3 Republic of Colombia | |
| DOB:            PDID: | | |
| WARRANT ISSUED ON THE BASIS OF: INDICTMENT | DISTRICT OF ARREST | FILED OCT 2 5 2006 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

CONSPIRACY TO MANUFACTURE AND DISTRIBUTE FIVE KILOGRAMS OR MORE OF COCAINE INTENDING AND KNOWING THAT THE COCAINE WOULD BE UNLAWFULLY IMPORTED INTO THE UNITED STATES;

AIDING AND ABETTING;

FORFEITURE

UNITED STATES CODE TITLE & SECTION:

IN VIOLATION OF: 21:959,960 and 963; 18:2; and 21:853 and 970

| BAIL FIXED BY COURT: HWOB | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY: MAGISTRATE JUDGE FACCIOLA | SIGNATURE (JUDGE/MAGISTRATE JUDGE) U.S. MAGISTRATE JOHN M. FACCIOLA | DATE ISSUED: September 14, 2005 |
| CLERK OF COURT: Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE: 9/14/05 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 9-14-05 / 10-25-06 | NAME AND TITLE OF ARRESTING OFFICER REPORTING DAVID BALDWIN, SDUSM | SIGNATURE OF ARRESTING OFFICER REPORTING David Baldwin |
|---|---|---|
| HIDTA CASE:   Yes   No X | | OCDETF CASE:   Yes   No X |