## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                                    Cr. 05-341 (RMU)

MARLON GUERRERO ROMAN

### NOTICE OF APPEARANCE

Counsel now enters her appearance for defendant MARLON GUERRERO ROMAN, appointed by this Court on October 25, 2006.

/s/
_____
H. Heather Shaner
#273 276
1702 S Street N.W.
Washington, D.C. 20009
Tel. 202 265 8210