UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

**v.**                                                    Cr. 05-341(03) RMU

**MARLON GUERRERO ROMAN**

## MOTION

As requested by the Court on November 2, 2006, counsel now files a written Motion and ORDER to transfer the defendant from the D.C. Jail to CCA/CTF.

Respectfully submitted,

/s/

_____
H. Heather Shaner  #273276
Appointed by the Court
1702 S St. N.W.
Washington, D.C. 20009
Tel. 202 265 8210