FOR THE DISTRICT OF COLUMBIA

UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. Case: 05-341(03)(RMU) |
| | : | |
| v. | : | |
| | : | |
| MARLON GUERRERO ROMAN | : | |

**FILED**

NOV 6 - 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>ORDER</u>

Upon consideration of defendant's oral motion on November 2, 2006, to transfer defendant Marlon Guerrero Roman to CCA/CTF from the D.C. Jail for medical treatment and appropriate conditions in light of the international aspect of his detention, without objection from the government, said motion is hereby **Granted**.

The Court requests and recommends that Mr. Guerrero Roman be transferred to CCA/CTF as soon as possible.

SO ORDERED this ____6th____ day of November 2006.

_____
Ricardo M. Urbina
Unites States District Judge

