**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA               :

              v.                    :          Criminal Action No.:  05-341   (RMU)

                             :

ALFREDO VENGOECHEA-MENDEZ,    :
                *et al.,*             :          **FILED**

                             :          DEC 1 2 2006
            Defendant.              :

                         NANCY MAYER WHITTINGTON, CLERK
                           U.S. DISTRICT COURT

**ORDER**

It is this 12th day of December 2006,

**ORDERED** that a status hearing in the above-captioned case shall take place on

_March 19, 2007_ at _2pm_.

**SO ORDERED.**

                                        _____
                                             Ricardo M. Urbina
                                         United States District Judge