FOR THE DISTRICT OF COLUMBIA

UNITED STATES DISTRICT COURT

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : Crim. Case: 05-341(03)(RMU) |
| | : |
| **v.** | : |
| | : |
| **MARLON GUERRERO ROMAN** | : |

### ORDER

Upon consideration of defendant's oral motion on December 11, 2006, to transfer defendant Marlon Guerrero Roman to CCA/CTF from the D.C. Jail for medical treatment and appropriate conditions in light of the international aspect of his detention, without objection from the government, said motion is hereby **Granted.**

The Court Orders that Mr. Guerrero Roman be transferred to CCA/CTF as soon as possible.

SO ORDERED this _____day of Secember 2006.

_____
**Ricardo M. Urbina**
**Unites States District Judge**