FOR THE DISTRICT OF COLUMBIA

UNITED STATES DISTRICT COURT

UNITED STATES OF AMERICA : Crim. Case: 05-341(03)(RMU)

v.

MARLON GUERRERO ROMAN :

**FILED**

DEC 1 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

Upon consideration of defendant's oral motion on December 11, 2006, to transfer defendant Marlon Guerrero Roman to CCA/CTF from the D.C. Jail for medical treatment and appropriate conditions in light of the international aspect of his detention, without objection from the government, said motion is hereby **Granted**.

The Court Orders that Mr. Guerrero Roman be transferred to CCA/CTF as soon as possible.

SO ORDERED this 13th day of December 2006.

Ricardo M. Urbina
Unites States District Judge