UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.: 05-341 (RMU) |
| | : | Def/ts 2, 3, 5 6 & 7 |
| ALFREDO MANUEL | : | |
| DEVENGOECHEA-MENDEZ et al, | : | **FILED** |
| | : | |
| Defendants. | : | DEC 1 8 2007 |

**O R D E R**       NANCY MAYER WHITTINGTON, CLERK
                    U.S. DISTRICT COURT

It is this 18th day of December 2007, hereby

**ORDERED** a status hearing in the above-captioned case shall take place on Feb 21

2008 at 10:30. Am

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge