UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA : 
 : 
       v. : Criminal Action No.: 05-341 (RMU)
 : 
VENGOECHEA-MENDEZ et al., : 
 : 
       Defendants. : 

**FILED**
**MAY 27 2008**
Clerk, U.S. District and
Bankruptcy Courts

**ORDER**

It is this 27th day of August 2008, hereby

**ORDERED** a status hearing in the above-captioned case shall take place on ~~August 7,~~ June 19 2008 at ~~2:30 pm~~ 10 AM.

**SO ORDERED**.

_Ricardo M. Urbina_
Ricardo M. Urbina
United States District Judge