UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      :
                              :
            v.                :      Criminal Action No.: 05-341 (RMU)
                              :
DEVENGOECHEA et al.,          :
Defs 2, 3, 5, 6 + 7           :              **FILED**
            Defendants.       :              JUN 19 2008
                                     Clerk, U.S. District and
                      **O R D E R**         Bankruptcy Courts

It is this 19th day of June 2008, hereby

**ORDERED** a status hearing in the above-captioned case shall take place on August 18, 2008 at 2:00 pm.

**SO ORDERED**.

_____
Ricardo M. Urbina
United States District Judge

