UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :
              v.                  :     Criminal Action No.: 05-0341 (RMU)
                                  :
DE VENGOECHEA-MENDEZ, et al.,     :
*Defts. 2, 3, 5, 6 & 7*           :          **FILED**
              Defendant.          :
                                  :          AUG 18 2008
                                  :
              **O R D E R**              Clerk, U.S. District and
                                         Bankruptcy Courts

It is this 18th day of August, 2008, hereby

**ORDERED** that a __Status__ hearing in the above-captioned case shall take place on __September 8, 2008__ at __2:00 pm__.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　／s／ Ricardo M. Urbina
　　　　　　　　　　　　　　　　　　　　　　Ricardo M. Urbina
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

