UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. : Criminal Action No.: 05-0341 (RMU)
:
DE VENGOECHEA-MENDEZ *et al.*, :
:
Defendants. #3 & :
#5 :

**ORDER**

**FILED**
**SEP 8 - 2008**
Clerk, U.S. District and
Bankruptcy Courts

It is this 8th day of September, 2008, hereby

**ORDERED** that a ___plea___ hearing in the above-captioned case shall take place on ___October 2, 2008___ at ___2:30 p.m.___ .

**SO ORDERED**.

_____
Ricardo M. Urbina
United States District Judge